## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 19-562

**STATE OF LOUISIANA**

**VERSUS**

**CHARLES RAY DAVIS**

**\*\*\*\*\*\*\*\*\*\***
## ON REMAND
**\*\*\*\*\*\*\*\*\*\***

REMAND FROM THE LOUISIANA SUPREME COURT
APPEAL FROM THE THIRTY-FIFTH JUDICIAL DISTRICT COURT
GRANT PARISH, LOUISIANA, NO. 2017-903
HONORABLE WARREN DANIEL WILLETT,
DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## PER CURIAM

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Elizabeth A. Pickett, and Shannon J. Gremillion, Judges.

**REVERSED AND REMANDED.**

**Hon. James Patrick Lemoine**
**Thirty-Fifth Judicial District Attorney**
**Renee W. Nugent**
**Assistant District Attorney**
**P.O. Box 309**
**Colfax, LA 71417**

**Hon. Warren Daniel Willett**
**Judge, 35th JDC**
**200 Main Street, Suite 202**
**Colfax, LA 71417**

**Hon. Jeffery M. Landry**
**Louisiana Attorney General**
**P.O. Box 94005**
**Baton Rouge, LA 70804**

**Chad M. Ickerd**
**Louisiana Appellate Project**
**P.O. Box 2125**
**Lafayette, LA 70502**

**PER CURIAM**

Defendant, Charles Ray Davis, was convicted of sexual battery by a 10-2 verdict. He was sentenced to thirty-five years at hard labor, with the first twenty-five years to be served without benefit of probation, parole, or suspension of sentence.

This court affirmed Defendant's conviction and sentence. *State v. Davis*, 19-562 (La.App. 3 Cir. 2/5/20), 291 So.3d 246. The Louisiana Supreme court granted Defendant's application for writs. *State v. Davis*, 20-392 (La. 6/3/20), ___ So.3d ___. The supreme court remanded for further proceedings because the matter was pending on direct review when *Ramos v. Louisiana*, 590 U.S. ___, 140 S.Ct. 1390 (2020), was decided.

*Ramos* invalidated non-unanimous jury verdicts on the basis of the Sixth and Fourteenth Amendments to the United States Constitution. Because Defendant was convicted by a non-unanimous verdict, we vacate Defendant's conviction and sentence for sexual battery and remand the case for new trial.

**REVERSED AND REMANDED.**